UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED

2007 SEP 25 P 1:00

U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY _____ DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 3:07-CR-122 |
| v. | ) |
| | ) JUDGES Phillips/Shirley |
| CHRISTOPHER MUCKLE | ) |
| | GAH |

### ORDER

The United States has filed a Motion to Transfer requesting that the above-styled case be transferred from the Chattanooga Division of the Eastern District of Tennessee to the Knoxville Division of the Eastern District of Tennessee. The United States further submits that an Indictment was returned on September 25, 2007, in the Chattanooga Division of the Eastern District of Tennessee, charging offenses committed in the Knoxville Division of the Eastern District of Tennessee, and is properly triable in the Knoxville Division.

The Court finds that the government's motion is well taken and orders that the above-styled case be transferred to the Knoxville Division of the Eastern District of Tennessee.

It is so ORDERED.

ENTERED:

_____
UNITED STATES MAGISTRATE JUDGE