UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

FILED

2007 SEP 25 P 1: 00

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____DEPT. CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:07-CR-122 |
| | ) | JUDGE Phillips |
| CHRISTOPHER MUCKLE | ) | |

GAH Shirley

### ORDER

Upon motion of the United States, it is hereby ORDERED, pursuant to Rule 6(e)(4), Fed. R. Crim. P., that the file in the above-styled case be sealed by the Clerk until the Defendant is in custody or has been released pending trial, at which time the file shall be unsealed pursuant to this Order absent a further order by the Court.

It is further ORDERED that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER:

_____
UNITED STATES MAGISTRATE JUDGE