# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-122 |
| | ) | (Jordan / Shirley) |
| CHRISTOPHER MUCKLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>MEMORANDUM AND ORDER</u>

This matter came before the undersigned on October 1, 2006 for a scheduled detention hearing. Assistant United States Attorney Brownlow Marsh was present representing the government. Attorney Paula Voss was present representing Defendant Christopher Muckle, who was also present.

In the Court's oral ruling, a complete review and analysis of the parties' positions, issues, and facts were stated. That specific and detailed oral ruling is attached hereto and made a part of this Order as if stated herein verbatim.

For the reasons stated therein, I find, pursuant to 18 U.S.C. § 3142, that (1) the government has not met the burden of establishing by a preponderance of the evidence that this defendant is a flight risk and a risk not to appear as required if released, and (2) the government has met the burden of establishing by clear and convincing evidence that Defendant Muckle's release would pose a danger to the community. Furthermore, the Court finds that there are no conditions or combination of conditions of release that would reasonably assure the Court that Defendant Muckle would appear as ordered and not pose a danger to the safety of any other person or the

community    It is therefore **ORDERED** that Defendant, Christopher Muckle, be detained.

Defendant will be committed to the custody of the Attorney General or his designated representative

for confinement in a correction facility separate to the extent practicable from persons awaiting

sentencing or serving sentences or being held in custody pending appeal.  Defendant shall be

afforded a reasonable opportunity for private consultation with defense counsel.  Upon order of this

Court or a Court of the United States or upon request of the attorney for the government, the person

in charge of the corrections facility shall deliver Defendant to the United States Marshals for the

purpose of an appearance in connection with a Court proceeding.

**IT IS SO ORDERED.**

ENTER:

___s/ C. Clifford Shirley, Jr.___
United States Magistrate Judge