# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRISTOPHER MUCKLE, ) <br> ) <br> Defendant. ) | No. 3:07-cr-122 <br> (Phillips/Shirley) |

## ORDER

On January 18, 2008, the Honorable C. Clifford Shirley, United States Magistrate Judge, issued a nineteen-page Report and Recommendation ("R&R") [Doc. 31], in which he recommended that defendant's motion to suppress [Doc. 23] be denied. The deadline for timely objections having passed with no such objections filed, the R&R is **ACCEPTED IN WHOLE**, whereby defendant's motion to suppress [Doc. 23] is **DENIED.**

**IT IS SO ORDERED**.

**ENTER:**

      s/ Thomas W. Phillips
United States District Judge